UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30672
Summary Calendar
_____


DWIGHT WILLIAMS,

Plaintiff-Appellant,

versus

COMPRESSION COAT CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(96-CV-408)
_____
January 15, 1998
Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Dwight Williams appeals the summary judgment dismissing his product liability and negligence claims against Compression Coat Corporation. Williams, who was nominally employed by Tempower Services, Inc., when allegedly injured, contends that genuine issues of material fact exist regarding whether, at that time, he was the borrowed employee of Compression Coat while working at its facility. *See Green v. Popeye's Inc.*, 619 So. 2d 69 (La. App. 3d

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cir. 1993); *Capps v. N.L. Baroid-NL Industries, Inc.*, 784 F.2d 615 (5th Cir.), *cert. denied*, 479 U.S. 838 (1986).  (Of course, such status would make Compression Coat immune from suit.)  Based on our *de novo* review of the summary judgment record, we conclude that summary judgment was appropriate, and **AFFIRM** for essentially the reasons stated by the district court.  *Williams v. Compression Coat Corp.*, No. 96-0408 (W.D. La. Mar. 21, 1997) (unpublished).

*AFFIRMED*